# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Joaquin Ruiz-Beltran,<br>a.k.a.: Samuel Cazaris Gonzales-Quesada,<br>(A 206 077 977)<br>*Defendant* | Case No. 16-6503MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 2, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Joaquin Ruiz-Beltran, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Nogales, Arizona, on March 9, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Cassie Bray Woo

☒ Continued on the attached sheet.

_____
Complainant's signature

Marcus D. Leggett,
Deportation Officer
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: November 4, 2016

_____
Judge's signature

City and state: Phoenix, Arizona

David K. Duncan,
United States Magistrate Judge
_____
Printed name and title

## STATEMENT OF PROBABLE CAUSE

I, Marcus D. Leggett, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 2, 2016, the Phoenix Police Department (PPD) encountered Joaquin Ruiz-Beltran while responding to a call in Phoenix, Arizona. PPD Officer Dehority suspected Ruiz-Beltran to be illegally present in the United States and contacted the Phoenix ICE Law Enforcement Agency Response Unit for Assistance. ICE officers telephonically interviewed Ruiz-Beltran and determined him to be a citizen of Mexico, illegally present in the United States. On the same date, the PPD transported Ruiz-Beltran to the Phoenix ICE office for further investigation and processing. Ruiz-Beltran was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Joaquin Ruiz-Beltran to be a citizen of Mexico and a previously deported criminal alien. Ruiz-Beltran was removed from the United States to Mexico through Nogales, Arizona, on or about March 9, 2016, pursuant to

1

the reinstatement of an order of removal issued by an immigration official. There is no record of Ruiz-Beltran in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Ruiz-Beltran's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Joaquin Ruiz-Beltran was convicted of Re-entry of Removed Alien, a felony offense, on January 20, 2016, in the United States District Court, District of Arizona. Ruiz-Beltran was sentenced to one hundred eighty (180) days' imprisonment and one (1) year of supervised release. Ruiz-Beltran's criminal history was matched to him by electronic fingerprint comparison.

5. On November 2, 2016, Joaquin Ruiz-Beltran was advised of his constitutional rights. Ruiz-Beltran freely and willingly acknowledged his rights and declined to provide any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 2, 2016, Joaquin Ruiz-Beltran, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on March 9, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for

admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Marcus D. Leggett,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 4th day of November, 2016.

_____
David K. Duncan,
United States Magistrate Judge

3